IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WILLIAM CRAWLEY, JR.                                        PLAINTIFF

VS.                         CIVIL ACTION NO. 5:08-cv-188(DCB)(JMR)

CITY OF VICKSBURG, LAURENCE
LEYENS, IN HIS UNOFFICIAL AND
OFFICIAL CAPACITY AS MAYOR, AND
SIDNEY H. BEAUMAN, IN HIS UNOFFICIAL
AND OFFICIAL CAPACITIES AS ALDERMAN           DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on the defendants' motion for summary judgment, and the Court having granted the motion in favor of all defendants and as to all claims, in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

SO ORDERED, this the 8th day of December, 2009.

                                              /s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE